UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAHUL MANCHANDA, ESQ.

                Plaintiff,
-against-

KATHERINE "KATE" BOSE., et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/09/2015

No. 14 Civ. 9658 (LGS)

ORDER

LORNA G. SCHOFIELD, United States District Judge:

    WHEREAS, on January 6, 2015, the Court issued an opinion and order dismissing the case without prejudice at Dkt. No. 12;

    WHEREAS, a motion to dismiss at Dkt. No. 13 remains pending; it is hereby

    **ORDERED** that any scheduled conferences are CANCELLED and outstanding motions are DISMISSED as moot.

    The Clerk of Court is directed to enter judgment dismissing the complaint and to close this case.

    SO ORDERED.

Dated: January 9, 2015
       New York, New York

                                      LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE